**Title:** Natural  **Network:** BitTorrent
**SHA-1 Hash:** 8922D9A919AFF1589CA3FCE37190540645C3D69A  **District:** Maryland

| DOE# | IP | Hit date (UTC) | City | State | ISP |
|---|---|---|---|---|---|
| 1 | 68.50.221.99 | 9/11/2011 4:54 | Columbia | MD | Comcast Cable |
| 2 | 69.143.99.223 | 10/9/2011 0:37 | Finksburg | MD | Comcast Cable |
| 3 | 69.250.184.56 | 9/5/2011 23:55 | Lutherville Timonium | MD | Comcast Cable |
| 4 | 69.255.228.161 | 9/10/2011 21:06 | Rockville | MD | Comcast Cable |
| 5 | 173.64.95.60 | 12/5/2011 23:43 | Aberdeen | MD | Verizon Internet Services |
| 6 | 71.179.26.238 | 9/26/2011 15:33 | Parkville | MD | Verizon Internet Services |
| 7 | 96.255.6.123 | 10/29/2011 11:07 | Upper Marlboro | MD | Verizon Internet Services |

EXHIBIT A

MD15